IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-02804-WYD

JESSICA C. APODACA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Daniel, J.**

    Defendant's Unopposed Motion for Remand (ECF No. 15), seeking entry of judgment and a remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g), is **GRANTED**. The final decision of the agency is **REVERSED** and the case **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the Appeals Council will direct the administrative law judge (ALJ) to further evaluate Plaintiff's maximum residual functional capacity (20 CFR 416.945 and Social Security Rulings 96-8p, 96-9p). In so doing, the ALJ will further evaluate the medical and other opinions of record, including the opinions of Doug Miller, William Morton, Psy.D., and James Wanstrath, Ph.D., explaining the reasons for the weight given to these opinions (20 CFR 416.913(d), 416.927, and Social Security Rulings 96-2p, 96-5p, 96-6p, and 06-03p). If warranted by the expanded record, the ALJ will obtain supplemental evidence from a vocational expert at step five of the sequential

evaluation process (20 CFR 416.944 and Social Security Ruling 00-4p).  The ALJ will afford Plaintiff the opportunity to submit additional relevant evidence and attend a supplemental hearing.  If necessary, the ALJ will obtain supplemental vocational expert testimony.  The ALJ will proceed through the sequential evaluation process as necessary to reach a *de novo* decision.

The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated:  April 26, 2016

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE